UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0281-RLY-DML |
| | ) | |
| CALE WORLEY, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 26, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a detention hearing. Defendant appeared in person and by retained counsel Benjamin Jaffe. Government represented by AUSA Steve DeBrota. USPO represented by Alison Upchurch.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Government moved to withdraw its oral motion for pretrial detention and the same granted.

Defendant ordered released on conditions of pretrial release pending further proceedings before the court.

Date: 1/26/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system